UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 5: 21-046-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| WILLIAM R. HARGIS, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Defendant William Hargis pleaded guilty and was sentenced to 420 months' imprisonment in Lexington Criminal Action No. 5: 21-075.  Upon motion of the United States, the Court dismissed all claims in the above-captioned action against Hargis.

Based upon the amended judgment in Lexington Criminal Action No. 5: 21-075, it is hereby

**ORDERED** that all claims asserted against Defendant William Hargis in this action are **DISMISSED**, with prejudice.

Dated:  July 21, 2022.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky

- 1 -